# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN PERRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:05-CV-00274-REC-SMS-P<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN<br><br>(Doc. 1) |

　　　　Plaintiff Alan Perry ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 25, 2005. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state a cognizable claim for relief under 42 U.S.C. § 1983 against defendants Frye and Mayfield for failing to protect plaintiff, in violation of the Eighth Amendment.[1] Accordingly, it is HEREBY ORDERED that:

　　　　1.　　Service is appropriate for the following defendants:

　　　　　　　　C/O L. FRYE

　　　　　　　　SGT. J. C. MAYFIELD

　　　　2.　　The Clerk of the Court shall send plaintiff two (2) USM-285 forms, two (2)

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that plaintiff's claim against defendant Frye based on verbal harassment and verbal abuse be dismissed for failure to state a claim upon which relief may be granted under section 1983, and defendants Ahlin and Silva, and the claims against them, be dismissed from this action for failure to state a claim upon which relief may be granted under section 1983.

1

summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed February 25, 2005.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Three (3) copies of the endorsed complaint filed February 25, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   August 19, 2005**              /s/ Sandra M. Snyder
icido3                                    UNITED STATES MAGISTRATE JUDGE