UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN PERRY, | 1:05-cv-00274-REC-SMS-P |
|         Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 11) |
| vs. | |
| DEPARTMENT OF CORRECTIONS, et al., | **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |
|         Defendants. | |

Plaintiff Alan Perry ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 19, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 19, 2005, is ADOPTED IN FULL;

2. This action shall proceed on plaintiff's complaint, filed February 25, 2005, against defendants Frye and Mayfield for failing to protect plaintiff, in violation of the Eighth Amendment;

3. Plaintiff's claim against defendant Frye based on verbal harassment and verbal abuse is DISMISSED for failure to state a claim upon which relief may be granted under section 1983; and,

4. Defendants Ahlin and Silva, and the claims against them, are DISMISSED from this action for failure to state a claim upon which relief may be granted under section 1983.

IT IS SO ORDERED.

Dated:  **October 11, 2005**                          **/s/ Robert E. Coyle**
668554                                          UNITED STATES DISTRICT JUDGE