# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN PERRY,<br><br>              Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>              Defendants. | CASE NO. 1:05-CV-00274-REC-SMS-P<br><br>ORDER REQUIRING DEFENDANTS TO RE-SERVE ANSWER ON PLAINTIFF AT HIS NEW ADDRESS OF RECORD AND FILE AMENDED CERTIFICATE OF SERVICE WITHIN TWENTY DAYS<br><br>(Doc. 19) |

On December 27, 2005, defendants Frye and Mayfield filed an answer to plaintiff's complaint. On December 29, 2005, plaintiff filed a notice of change of address from California State Prison-Corcoran to High Desert State Prison.

Defendants shall re-serve their answer on plaintiff at his new address of record and file an amended certificate of service with the court within twenty days. Plaintiff is informed that now that defendants have made an appearance in this action, plaintiff must serve a copy of all of his filings on defendants' counsel and must attach a certificate of service to each filing stating that the filing was served on defendants' counsel.[1] (First Informational Order, ¶ 4.) Filings that do comply with this requirement will be ordered stricken from the record.

IT IS SO ORDERED.

Dated:   January 3, 2006        /s/ Sandra M. Snyder
i0d3h8                          UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants' counsel is John W. Riches II, Office of the Attorney General, 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA, 94244-2550.