UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN PERRY,<br><br>        Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants.<br>_____/ | 1:05-cv-00274-REC-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 18)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**<br>(Doc. 18) |

    Plaintiff Alan Perry ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On December 7, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that an objection to the Findings and Recommendations, if any, was to be filed within thirty (30) days.
///

1

1  To date, plaintiff has not filed an objections to the Magistrate
2  Judge's Findings and Recommendations.
3       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C)
4  and Local Rule 73-305, this Court has conducted a de novo review of
5  this case.  Having carefully reviewed the entire file, the Court
6  finds the Findings and Recommendations to be supported by the
7  record and by proper analysis.
8       Accordingly, IT IS HEREBY ORDERED that:
9       1.   The Findings and Recommendations, filed December 7, 2005,
10           is ADOPTED IN FULL; and,
11      2.   Plaintiff's motion for preliminary injunctive relief,
12           filed October 28, 2005, is DENIED.
13 IT IS SO ORDERED.
14 **Dated:  January 27, 2006**              /s/ Robert E. Coyle
   668554                              UNITED STATES DISTRICT JUDGE