# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN PERRY,<br><br>             Plaintiff,<br><br>      v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:05-CV-00274-REC-SMS-P<br><br>ORDER REQUIRING DEFENDANTS TO COMPLY WITH ORDER OF JANUARY 3, 2006, WITHIN FIFTEEN DAYS<br><br>(Doc. 21) |

On January 3, 2006, the Court ordered Defendants to serve their answer on Plaintiff and file an amended certificate of service with the Court within twenty days. More than twenty days have passed and Defendants have not complied with the Court's order.

Defendants shall comply with the Court's order of January 3, 2006, within **fifteen (15) days** from the date of service of this order. If Defendants fail to obey this order, they will be ordered to show cause why sanctions should not be imposed upon them.

IT IS SO ORDERED.

Dated:   February 12, 2006             /s/ Sandra M. Snyder
icido3                          UNITED STATES MAGISTRATE JUDGE

1