# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN PERRY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-00274-AWI-SMS PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS<br><br>(Doc. 33) |

Plaintiff Alan Perry ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 16, 2006, defendants filed a motion for summary judgment. More than twenty-one days have passed and plaintiff has not filed an opposition or a statement of non-opposition to the motion. Local Rule 78-230(m).

Accordingly, plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to defendants' motion within **thirty (30) days** from the date of service of this order or this action will be dismissed for failure to prosecute and failure to obey a court order.

IT IS SO ORDERED.

Dated:    February 1, 2007               /s/ Sandra M. Snyder
i0d3h8                         UNITED STATES MAGISTRATE JUDGE